United States Bankruptcy Court
District of Puerto Rico

In re:  
ANTONIO RAFAEL ROSA COLOM  
BIBIAM LISETTE MALDONADO ROSA  
    Debtors

Case No. 17-01058-EAG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 06, 2022      Form ID: dt13      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ANTONIO RAFAEL ROSA COLOM, BIBIAM LISETTE MALDONADO ROSA, COND REGENCY PARK APT 1207, CALLE CARAZO 155, GUAYNABO, PR 00971-7801 |
| cr | + | EMPRESAS BERRIOS INC., C/O ISAYRA BAGUE DIAZ,ESQ., PMB 181 PO BOX 4952, CAGUAS, PR 00726-4952 |
| cr | | FIRSTBANK PR, GODREAU & GONZALEZ LLC, PO BOX 9024176, SAN JUAN, PR 00902-4176 |
| cr | | Planet Home Lending LLC, Servicer for Luna Resid, c/o Godreau & Gonzalez Law, PO Box 9024176, San Juan, PR 00902-4176 |
| 4427893 | + | ASOCIACION DE RESIDENTES, COND REGENCY PARK, 155 CALLE CARAZO, GUAYNABO, PR 00971-7825 |
| 4427896 | + | DTOP, Apartado 41243 Minillas Station, San Juan, PR 00940-1243 |
| 4427897 | + | FIRST BANK, DEPARTAMENTO DE HIPOTECAS, PO BOX 8318, SAN JUAN, PR 00910-0318 |
| 4455583 | | FIRSTBANK MORTGAGE DIVISION (475), PO BOX 9146, SAN JUAN, PR 00908-0146 |
| 4427900 | + | ISLAND FINANCE, PO BOX 362589, SAN JUAN, PR 00936-2589 |
| 4427904 | + | POPULAR AUTO, PO BOX 15011, SAN JUAN, PR 00902-8511 |
| 4427906 | + | PR TELEPHONE COMPANY, PO BOX 70367, SAN JUAN, PR 00936-8367 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: hildaris.burgos@popular.com | Jun 06 2022 18:48:00 | POPULAR AUTO, PO BOX 366818, SAN JUAN, PR 00936-6818 |
| 4427894 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 18:55:04 | BEST BUY, PO BOX 183195, COLUMBUS, OH 43218-3195 |
| 4427895 | | Email/Text: notificacionesquiebras@dtop.pr.gov | Jun 06 2022 18:47:00 | DTOP, PO BOX 41269 MINILLAS STATION, SAN JUAN, PR 00940 |
| 4473231 | | Email/Text: bankruptcy@hacienda.pr.gov | Jun 06 2022 18:48:00 | DEPARTMENT OF TREASURY, BANKRUPTCY SECTION 424 B, PO BOX 9024140, SAN JUAN, PR 00902-4140 |
| 4427901 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 18:55:00 | MACYS, PO BOX 183083, COLUMBUS, OH 43218 |
| 4597480 | + | Email/Text: arsfilling@gmail.com | Jun 06 2022 18:47:00 | EASTERN AMERICA INSURANCE CO, PO BOX 9023862, SAN JUAN PR 00902-3862 |
| 4427898 | | Email/Text: fblegalcounseling@firstbankpr.com | Jun 06 2022 18:47:00 | FIRST BANK, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION -CODE 248, PO BOX 9146, SAN JUAN PR 00908-0146 |
| 4427899 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 18:55:04 | GORDONS CREDIT PLAN, PO BOX 6403, SIOUX FALLS, SD 57117-6403 |
| 4427902 | ^ | MEBN | Jun 06 2022 18:42:58 | MUEBLERIAS BERRIOS, PO BOX 674, Cidra, PR 00739-0674 |
| 4427903 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 18:54:58 | PAYPAL CREDIT SVC/SYNCB, PO BOX 960080, ORLANDO, FL 32896-0080 |
| 4433892 | | Email/Text: hildaris.burgos@popular.com | | |

Case:17-01058-EAG13 Doc#:139 Filed:06/08/22 Entered:06/09/22 00:31:55 Desc: Imaged Certificate of Notice Page 2 of 4

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: dt13 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 06 2022 18:48:00 | POPULAR AUTO, BANKRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN PUERTO RICO 00936-6818 |
| 4471470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2022 18:54:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4427905 | + | Email/Text: bankruptcy@hacienda.pr.gov | Jun 06 2022 18:48:00 | PR DEPARTMENT OF TREASURY, BANKRUPTCY 424 OFFICE, PO BOX 9024140, San Juan, PR 00902-4140 |
| 4466006 | | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2022 18:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4427907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 18:55:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 4427908 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 18:54:54 | SYNCHRONY BANK, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 4427909 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 18:54:54 | SYNCHRONY BANK/JCP, PO BOX 960090, ORLANDO, FL 32896-0090 |
| 4427910 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 18:54:58 | TJX REWARD, PO BOX 530948, ATLANTA, GA 30353-0948 |
| 4427911 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 18:54:58 | WALMART SYNCHRONY BANK, PO BOX 530927, ATLANTA, GA 30353-0927 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4427912 | *+ | WALMART/SYNCHRONY BANK, PO BOX 530927, ATLANTA, GA 30353-0927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDGAR ALBERTO VEGA RIVERA | on behalf of Creditor POPULAR AUTO edvega@bppr.com edgar.vega@popular.com |
| JAIME RODRIGUEZ PEREZ | on behalf of Debtor ANTONIO RAFAEL ROSA COLOM jrpcourtdocuments@gmail.com ezdocsjaimelawoffice@gmail.com, |
| JOSE RAMON CARRION MORALES | newecfmail@ch13-pr.com |

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 06, 2022 | Form ID: dt13 | Total Noticed: 30 |

JOSE RAMON CARRION MORALES (LL)
    on behalf of Trustee JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Creditor FIRSTBANK PR rgv@g-glawpr.com zi@g-glawpr.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>ANTONIO RAFAEL ROSA COLOM<br><br>BIBIAM LISETTE MALDONADO ROSA<br><br>xxx–xx–2585<br><br>xxx–xx–0370<br><br><br><br>Debtor(s) | **Case No.** 17–01058 EAG<br><br>**Chapter 13**<br><br><br><br><br><br>FILED & ENTERED ON 6/6/22 |

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

The Chapter 13 Trustee has filed a Final Report and Account and has certified that the estate has been fully administered. The Report has been properly notified granting parties in interest an opportunity to object, and no objections have been filed. Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the estate has been fully administered.

WHEREFORE, as provided in 11 U.S.C., Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed. The Clerk will notify this order.

San Juan, Puerto Rico, this **Monday, June 6, 2022** .

Edward A. Godoy
United States Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES , UST